Sheila R. Schwager, ISB No. 5059
Beth Coonts, ISB No. 7700
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: sschwager@hawleytroxell.com
       bcoonts@hawleytroxell.com

Attorney for Defendant Bank of the Cascades

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | ) | Case No. 14-00888-JDP |
|---|---|---|
| | ) | |
| | ) | Chapter 7 |
| CVAH, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| NOAH G. HILLEN, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of the above-referenced Debtor, | ) ) ) | Adversary Case No. 16-06007 JDP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BANK OF THE CASCADES, an Oregon corporation doing business in Idaho, successor in interest to Home Federal Savings Bank; and DOES 1-5, | ) ) ) ) | |
| | ) | |
| Defendants | ) | |

STIPULATION REGARDING CONSENT PURSUANT TO 28 U.S.C. SECTION 157(E)  - 1

## STIPULATION REGARDING CONSENT PURSUANT TO 28 U.S.C. SECTION 157(E)

COMES NOW, Plaintiff Noah G. Hillen, Chapter 7 Trustee, by and through his attorney of record, Matthew T. Christensen ("**Trustee**"), and Defendant Bank of the Cascades ("**Defendant**"), by and through its attorneys of record, Hawley Troxell Ennis & Hawley, LLP, and hereby stipulate and consent in regard to 28 U.S.C. § 157(e) as follows and based upon the following grounds:

1. On April 24, 1995, the Chief United States District Judge for the United States District Court for the District of Idaho and the Chief United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Idaho, executed the Third Amended General Order No. 38, which provides in part that if the right to a jury trial applies in a proceeding that it may be heard under 28 U.S.C. § 157 by a Bankruptcy Judge and the Bankruptcy Judge of this District may conduct the jury trial with the express consent of all the parties ("**GO 38**").

2. On April 15, 2016, the Trustee filed a complaint for avoidance actions against the Defendant in the above captioned Adversary Proceeding ("**Complaint**").

3. The Parties have reached a settlement that is subject to Court approval.

4. The Parties have agreed to an extension of time for Defendant to respond to the Complaint to fourteen (14) days after the Court were to enter an order denying the settlement. If the settlement is approved the Trustee will dismiss the Complaint and no answer is necessray.

5. If the Defendant is required to file an answer it intends to demand its right to a jury trial.

Based upon the above, both the Trustee and the Defendant expressly consent to the jury trial being conducted by a Bankruptcy Judge of this District.

STIPULATION REGARDING CONSENT PURSUANT TO 28 U.S.C.
SECTION 157(E) - 2

DATED THIS 1st day of July, 2016.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
Sheila R. Schwager, ISB No. 5059
Attorney for Defendant Bank of the Cascades

DATED THIS 1st day of July, 2016.

ANGSTMAN JOHNSON

By /s/authorized via email 06/30/16
Matthew T. Christensen, ISB No. 7213
Attorney for Plaintiff

STIPULATION REGARDING CONSENT PURSUANT TO 28 U.S.C. SECTION 157(E) - 3

45303.0084.8191674.1

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 1st day of July, 2016, I electronically filed the foregoing STIPULATION REGARDING CONSENT PURSUANT TO 28 U.S.C. SECTION 157(E) with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Matthew T. Christensen      mtc@angstman.com

  AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail** (list names and addresses):

_____
Sheila R. Schwager