Sheila R. Schwager, ISB No. 5059
Beth Coonts, ISB No. 7700
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
       bcoonts@hawleytroxell.com

Attorney for Defendant Bank of the Cascades

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>CVAH, INC.,<br><br>      Debtor. | Case No. 14-00888-JDP<br><br>Chapter 7 |
| NOAH G. HILLEN, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of the above-referenced Debtor,<br><br>      Plaintiff,<br><br>vs.<br><br>BANK OF THE CASCADES, an Oregon corporation doing business in Idaho, successor in interest to Home Federal Savings Bank; and DOES 1-5,<br><br>      Defendants | Adversary Case No. 16-06007 JDP |

CONSENT- 1

45303.0084.8191703.1

## CONSENT

Bank of the Cascades ("**Defendant**"), by and through its attorneys of record, Hawley Troxell Ennis & Hawley, LLP, hereby expressly enters the following consent.

In accordance with the Supreme Court's decision in *Wellness International Network, Ltd., v. Sharif,* 135 S.Ct. 1932 (2015) and due to the Stipulation Regarding Consent Pursuant to 28 U.S.C. § 157(e) [Dkt. 20], by the execution and filing of this Consent with the Court, the Defendant hereby on this 1st day of July, 2016, expressly consents to the entry of a final judgment and orders by the Bankruptcy Court concerning the claims asserted in this adversary proceeding, by and through its attorneys of record, Hawley Troxell Ennis & Hawley, LLP, who are authorized by such Defendant to grant this express consent.

DATED THIS 1st day of July, 2016.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
Sheila R. Schwager, ISB No. 5059
Attorney for Defendant Bank of the Cascades

CONSENT- 2

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 1st day of July, 2016, I electronically filed the foregoing CONSENT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Matthew T. Christensen             mtc@angstman.com

    AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail** (list names and addresses):

_____
Sheila R. Schwager

CONSENT- 3

45303.0084.8191703.1