UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>CVAH, INC.,<br><br>　　　　Debtor. | Case No. 14-00888-JDP<br><br>Chapter 7 |
| NOAH J. HILLEN, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of the above-referenced Debtor,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF THE CASCADES, an Oregon corporation doing business in Idaho, successor in interest to Home Federal Savings Bank; and DOES 1-5,<br><br>　　　　Defendants. | Adversary Case No. 16-06007 JDP |

**FOURTH ORDER EXTENDING TIME TO ANSWER TO COMPLAINT**

　　　　Based on the Fourth Stipulation for Extension of Time to Answer Complaint (Docket No. 19) filed in this matter, IT IS HEREBY ORDERED that the Defendant, Bank of the Cascades, shall have to and including the date that is extended as set forth in the Stipulation to file a responsive pleading to the Complaint (Docket No. 1) filed in this adversary case.

//end of text//

Dated:  July 2, 2016

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by:


_____/s/_____
Sheila R. Schwager
HAWLEY TROXELL ENNIS & HAWLEY LLP
Attorneys for Defendant Bank of the Cascades

```
                        United States Bankruptcy Court
                               District of Idaho
Hillen,
          Plaintiff                                         Adv. Proc. No. 16-06007-JDP
Bank of the Cascades,
          Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0976-1          User: dhoyle              Page 1 of 1          Date Rcvd: Jul 05, 2016
                              Form ID: pdf040           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2016.
  NO NOTICES MAILED.

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustp.region18.bs.ecf@usdoj.gov Jul 05 2016 23:42:08      US Trustee,
                 Washington Group Central Plaza,   720 Park Blvd, Ste 220,   Boise, ID 83712-7785
dft             +E-mail/Text: lossmitigation@botc.com Jul 05 2016 23:42:06      Bank of the Cascades,
                 c/o Mike M. Mooney,   121 N. Ninth Street,   Ste 100,   Boise, ID 83702-5822
pla             +E-mail/Text: ngh@hillenlaw.com Jul 05 2016 23:42:17      Noah G. Hillen,   P O Box 6538,
                 Boise, ID 83707-6538
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft              Does 1-5
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2016                                  Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2016 at the address(es) listed below:
          Matthew Todd Christensen    on behalf of Plaintiff Noah G. Hillen mtc@angstman.com,
           mtcecf@gmail.com;racquel@angstman.com;susan@angstman.com;ecf@angstman.com
          Sheila Rae Schwager    on behalf of Defendant    Bank of the Cascades sschwager@hawleytroxell.com,
           cdavenport@hawleytroxell.com
                                                                                             TOTAL: 2
```